UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Stephanie Head v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12910-DRH |
| *Cheryl Poole v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10074-DRH |
| *Karin Warrenburg v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11681-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on June 2, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Caitlin Fischer*
Deputy Clerk

**Dated:** June 4, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.04
15:35:58 -05'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**